1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12 HASHEM Z. ELALIEH,                    ) No. C 07-2380 MEJ
                                         )
13          Plaintiff,                   )
                                         )
14          v.                           )  **PARTIES' CONSENT TO MAGISTRATE**
                                         )  **JUDGE JURISDICTION; STIPULATION**
15 MICHAEL CHERTOFF, Secretary of the    )  **TO DISMISS; AND [PROPOSED]**
   Department of Homeland Security;      )  **ORDER**
16 EMILIO T. GONZALEZ, Director of       )
   U.S. Citizenship and Immigration Services; )
17 DAVID STILL, San Francisco District Director, )
   U.S. Citizenship and Immigration Services; )
18 ROBERT S. MUELLER, Director of Federal )
   Bureau of Investigation,             )
19                                       )
            Defendants.                  )
20 _____ )

21     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and

22 Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

23 conduct any and all proceedings in the case, including trial, and order the entry of a final

24 judgment.

25     Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record,

26 hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action

27 without prejudice in light of the fact that the United States Citizenship and Immigration Services is

28 now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days

Consent and Stipulation to Dismiss
C07-2380 MEJ                          1

1  of the dismissal of this action.

2      Each of the parties shall bear their own costs and fees.

3

4  Dated: July 5, 2007                    Respectfully submitted,

5                                         SCOTT N. SCHOOLS
                                          United States Attorney
6

7
                                          _____/s/_____
8                                         ILA C. DEISS
                                          Assistant United States Attorney
9                                         Attorney for Defendants

10

11  Dated: July 5, 2007                   _____/s/_____
                                          HASHEM Z. ELALIEH
12                                        *Pro Se*

13

14                                  **ORDER**

15      Pursuant to stipulation, IT IS SO ORDERED.

16

17

18  Date:                                 _____
                                          MARIA-ELENA JAMES
19                                        United States Magistrate Judge

20

21

22

23

24

25

26

27

28