**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following document(s):

**PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION TO DISMISS; AND [PROPOSED] ORDER**

<u>**Hashem Z. Elalieh v. Michael Chertoff; et al.**</u>
**C 07-2380 MEJ**

to be served this date upon the party(ies) as follows:

✓ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER)** I caused such envelope to be delivered by hand to the person or offices of each addressee below.

____ **FACSIMILE (FAX)** Telephone No.: _____ I caused each such document to be sent by facsimile to the person or offices of each addressee below.

____ **FEDERAL EXPRESS**

____ **CERTIFIED MAIL**

____ **BY E-MAIL** I caused each such document to be sent by e-mail to the person or offices of each addressee below.

to the party(ies) addressed as follows:

Hashem Z. Elalieh, Pro Se
373 Half Moon Ln. #113
Daly City, CA 94015

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 6, 2007 at San Francisco, California.

                               /s/
                     CAROL E. WEXELBAUM
                     Legal Assistant