```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    ILA C. DEISS, NY SBN 3052909
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-7124
        FAX: (415) 436-7169
 7
    Attorneys for Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| HASHEM Z. ELALIEH, | ) | No. C 07-2380 MEJ |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **PARTIES' CONSENT TO MAGISTRATE JUDGE JURISDICTION; STIPULATION** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of U.S. Citizenship and Immigration Services; DAVID STILL, San Francisco District Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, | ) ) ) ) ) ) ) ) ) | **TO DISMISS; AND [PROPOSED] ORDER** |
| Defendants. | ) ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, Plaintiff and Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Further, Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days

Consent and Stipulation to Dismiss
C07-2380 MEJ                                    1

1 | of the dismissal of this action.

2 |     Each of the parties shall bear their own costs and fees.

3 |

4 | Dated: July 5, 2007                                        Respectfully submitted,

5 |                                                      SCOTT N. SCHOOLS
United States Attorney

                                                    /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: July 5, 2007                                       /s/
HASHEM Z. ELALIEH
*Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

Consent and Stipulation to Dismiss
C07-2380 MEJ                               2